## Desire L. Smith *v.* Scott Smith & others.

An agreement of tenants to an action of dower, to " submit to judgment for plaintiff for dower, no costs," construed under the circumstances, to refer only to costs up to the time of judgment for dower, and not to the costs of the subsequent proceedings for the admeasurement of dower.

ACTION OF DOWER. Pleas in abatement and bar having been interposed by the tenants, at the March term of this court,

1856, it was agreed that these pleas should be waived and the demandant have judgment for the recovery of her dower; and at the request of the parties, the following entry was made by the clerk, under the direction of the court, upon his docket, " Defendants submit to judgment for plaintiff for dower, no costs." A commission was then taken out to " three disinterested men," under the statute, to set off dower;—and having been executed in the vacation—and their report having been confirmed by the court, a question arose as to costs under the general law and the above agreement, and was shortly spoken to by

*James Tillinghast,* for the demandant.

*Weeden,* for tenants.

THE COURT.[1] The agreement evidently relates only to the costs accrued up to the time of the judgment for dower, which, though called a *final* judgment in the statute, requires to be followed by subsequent proceedings involving costs, upon the report of which, another judgment must be rendered, before the demandant can have her execution for damages for detention of dower, if any be awarded, and for possession of the premises admeasured to her by the commissioners. The waiver of the pleas interposed to delay the demandant's recovery of this first judgment, seems to have been the consideration of her consent to exact no costs of the tenants; and looking to this, as well as to the terms of the agreement minuted upon the docket, we think that the agreement is satisfied by our allowing the demandant to recover no costs accrued prior to her judgment for dower. As no provision is specially made by law for costs in actions of dower, the demandant must have all costs accruing subsequent to the first judgment, under our general statute rule in civil cases, that " the party prevailing shall recover his costs."

---

[1] Judge Bosworth did not sit in this cause.